UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------------X

MADELINE FELDMAN

                             Plaintiff,

          -against-                                            Civ. No.: 23-cv-6169-LGS

MIND MEDICINE, INC.,

                             Defendant.

-----------------------------------------------------------------------------------X

        **PLEASE TAKE NOTICE**, that upon the accompanying Declaration of Adam G. Guttell, Esq., dated September 13, 2023, and the exhibit annexed thereto (i.e., the Declaration of Mark R. Sullivan, dated September 13, 2023), and the accompanying Memorandum of Law in Support of Defendant's Motion to Transfer Venue to the United States District Court for the Western District of Texas, Defendant will move this Court, located at 500 Pearl Street, New York, New York 10007, on a date to be determined by the Court, for an order granting Defendant's Motion pursuant to 28 U.S.C. §1404(a), and for such other and further relief as this Court may deem just and proper.

Dated:  Melville, New York
           September 13, 2023

Respectfully submitted,

JACKSON LEWIS P.C.
ATTORNEYS FOR DEFENDANT
58 South Service Road, Suite 250
Melville, New York 11747
(631) 247-4685

By: */s/ Adam G. Guttell*
     Adam G. Guttell, Esq.
     Cliff LaFemina, Esq.

---

Plaintiff shall file any opposition, not to exceed 25 pages, by **September 27, 2023**. Defendant shall file any reply, not to exceed 10 pages, by **October 4, 2023**. The parties shall comply with the Court's Individual Rules in filing their papers. The initial pretrial conference scheduled for September 27, 2023, is adjourned to **October 11, 2023, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and enter the access code 558-3333. The Court will issue an oral opinion at that conference. The parties do not need to prepare for oral argument. The deadline for the parties to file the joint letter and proposed case management plan is extended to **October 4, 2023**. So Ordered.

Dated: September 14, 2023
         New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 13th day of September, 2023, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

MEGAN S. GODDARD
FRANCES CODD SLUSARZ
GODDARD LAW PLLC
*Attorneys for Plaintiff*
39 Broadway, Suite 1540
New York, New York 10006
(646) 964-1178
megan@goddardlawnyc.com
frances@goddardlawnyc.com

*/s/ Adam G. Guttell*
ADAM GUTTELL, ESQ.

4870-3010-9055, v. 1