```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   MADELINE FELDMAN,                                        :
                                  Plaintiff,                :
                                                            :       23 Civ. 6169 (LGS)
                   -against-                                :
                                                            :              ORDER
   MIND MEDICINE, INC.,                                     :
                                  Defendant.                :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the initial pretrial conference scheduled for October 11, 2023, is adjourned to **October 18, 2023, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and enter the access code 558-3333. The Court will issue an oral opinion on Defendant's motion to transfer venue at that conference. The parties do not need to prepare for oral argument. All other deadlines remain in effect.

Dated: September 27, 2023
       New York, New York

                                                  LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE