# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Direct
(631) 247-0417 Fax

jacksonlewis.com

My Direct Dial is: (631) 247-4675
My Email Address is: Adam.Guttell@jacksonlewis.com

The initial pretrial conference scheduled for October 18, 2023, is adjourned to **October 25, 2023, at 4:00 P.M.**  At that time, the parties shall call 888-363-4749 and enter the access code 558-3333.  The deadline for the parties to file the joint letter and proposed case management plan is extended to **October 18, 2023**.  So Ordered.

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court Judge for the
Southern District of New York
40 Foley Square, Courtroom 1106
New York, New York 10007

Dated: October 3, 2023
          New York, New York

*[signature]*
**Lorna G. Schofield**
**United States District Judge**

Re:   Madeline Feldman v. Mind Medicine, Inc.
        Case No.: 1:23-cv-6169-LGS

Judge Schofield:

As counsel for Defendant Mind Medicine, Inc., we write jointly with Plaintiff's counsel to request an adjournment of the initial pre-trial conference from October 18, 2023 to October 24, 2023. This is the parties' first request for an extension. Additionally, as this requested adjournment affects the currently scheduled due date of the parties' proposed case management plan and scheduling order, we further request the due date of such be extended from October 11, 2023 to October 17, 2023.

Thank you for your consideration in this regard.

Very truly yours,

JACKSON LEWIS P.C.

*s/ Adam G. Guttell*

Adam G. Guttell

AGG/pr
cc:   Counsel for all parties (via ECF)

4882-7687-8979, v. 1