The dates below are so ordered.  By **May 28, 2024**, Plaintiff shall produce all outstanding executed medical authorization forms.  By **June 3, 2024**, Plaintiff shall supplement her document production and contact Plaintiff's medical providers to expedite production of medical records.

The Clerk of Court is respectfully directed to close the motion at Dkt. 62.

Dated: May 22, 2024
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Court Judge
Southern District of New York
40 Foley Square, Courtroom 1106
New York, New York 10007

      **Re:**    **Madeline Feldman v. Mind Medicine, Inc.**
              **Case No.: 1:23-cv-6169-LGS**

Your Honor:

      This firm represents Madeline Feldman, Plaintiff in the above-referenced matter. I write in response to Defendant's Letter Motion for Local Rule 37.2 Conference [Dkt 62].

      Earlier today, I met and conferred with counsel for Defendant and we reached the following agreements to resolve the issues raised in its letter.

- By May 28, 2024: Plaintiff will produce all outstanding executed medical authorization forms; and

- By June 3, 2024: Plaintiff will supplement her document production and contact Plaintiff's medical providers to expedite production of medical records.

      In light of the Parties' agreement, Plaintiff respectfully requests that the Court schedule any Local Rule 37.2 Conference after June 3, 2024, the date by which Plaintiff agreed to have fulfilled its discovery obligations to Defendant.

      I thank the Court for its time and consideration.

                          Respectfully submitted,
                          GODDARD LAW PLLC

                          s/ Frances Codd Slusarz
                          By: Frances Codd Slusarz

cc: All counsel [*Via ECF*]