# G O D D A R D  L A W  P L L C

Application **GRANTED**. Plaintiff shall file the amended complaint by **August 16, 2024**.

Dated: August 12, 2024
New York, New York

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Court Judge
Southern District of New York
40 Foley Square, Courtroom 1106
New York, New York 10007

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

    **Re:**    **23-cv-6169-LGS, Madeline Feldman v. Mind Medicine, Inc.**
            **Request for Extension of Time**

Your Honor:

    The undersigned is counsel to Plaintiff Madeline Feldman in the above-referenced matter. With Defendant's consent, I write to request a one-week extension of the deadline to file Plaintiff's motion to replead or amend her complaint, as set by as set by Court Order, dated July 19, 2024 (Dkt #67) in the above-referenced matter. Plaintiff's requests an extension from August 9, 2024 to August 16, 2024 to file her motion.

    The reason for this request is that Plaintiff's counsel has been handling back-to-back summary judgment opposition briefs in other matters for which the deadlines could not be extended and requires additional time to draft Plaintiff's motion.

    This is the Plaintiff's first request for an extension of time to file her motion to replead or amend her complaint in this matter. The requested extension does not affect any other scheduled dates in this matter.

    I thank the Court for its time and consideration.

                                Respectfully submitted,
                                GODDARD LAW PLLC

                                s/ Frances Codd Slusarz
                                By: Frances Codd Slusarz

cc: All counsel [*Via ECF*]