UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MADELINE FELDMAN,
                     Plaintiff,

            -against-

MIND MEDICINE, INC.,
                     Defendant.
------------------------------------------------------------X

23 Civ. 6169 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on September 9, 2024, Plaintiff filed a Second Amended Complaint. It is hereby

      **ORDERED** that, by **October 4, 2024**, the parties shall file a status letter that complies with Individual Rule III.D.3 and propose next steps for the completion of discovery. The parties shall also file a proposed amended civil case management plan.

Dated: September 19, 2024
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE